1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-24-05610-001-TUC-JCH (BGM) |
| Plaintiff, | **ORDER** |
| v. | |
| Darius Lee Johnson, | |
| Defendant. | |

Before the Court is Magistrate Judge Bruce G. Macdonald's Report and Recommendation ("R&R") (Doc. 46). Judge Macdonald recommends denying Defendant's Motion to Suppress (Doc. 27). *See* Doc. 46 at 6. No objections to the R&R were filed. *See generally* Docket.

A district court reviews objected-to portions of an R&R de novo. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Failure to timely object may be considered a waiver of a party's right to de novo consideration of the issues. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *see also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After independent review, the Court is satisfied that Judge Macdonald's

1   recommendation is sound. The Court will adopt the R&R in full.

2          Accordingly,

3          **IT IS ORDERED adopting in full** the R&R (Doc. 46).

4          **IT IS FURTHER ORDERED denying** Defendant's Motion to Suppress (Doc. 27).

5          Dated this 11th day of February, 2025.

6

7

8

9                                        John C. Hinderaker
                                         United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28